UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHARON RONDINA, | : |
| | :Civil Action No. 3:18-CV-215 |
| Plaintiff, | : |
| | :(JUDGE MARIANI) |
| v. | :(Chief Magistrate Judge Schwab) |
| | : |
| ANDREW SAUL, | : |
| Commissioner of Social Security,[1] | : |
| | : |
| Defendant. | : |

## ORDER

AND NOW, THIS ___28th___ DAY OF OCTOBER 2019, upon *de novo* review of Chief Magistrate Judge Schwab's Report and Recommendation ("R&R") (Doc. 15), Defendant's objections thereto (Doc. 16) and all other relevant documents, for the reasons set out in the simultaneously filed Memorandum Opinion, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 19) is **ADOPTED** for the reasons set forth therein.

2. Defendant's objections (Doc. 20) are **OVERRULED**.

3. The Commissioner of Social Security's decision is **VACATED**;

4. The case is **REMANDED** to the Commissioner for further proceedings consistent with the analysis set out in the Memorandum Opinion and R&R.

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure and 42 U.S.C. § 405(g), Commissioner Andrew Saul is automatically substituted as the named defendant in place of the former Acting Commissioner of Social Security, Nancy A. Berryhill. *See* Fed. R. Civ. P. 25(d).

5. The Clerk of Court is directed to **CLOSE** this case.

_____
Robert D. Mariani
United States District Judge